UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

    -against-

THE FAIRWAYS AT TIMBER BANKS,

                Defendant.

25 CIVIL 2209 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the March 24, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 26, 2025
              New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge